March 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TIAN JIA, Appellant

NO. 14-12-01165-CV                    V.

HUA XU, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on December 14, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tian Jia.

We further order this decision certified below for observance.